```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

APRIL GALLOP,                       :

        Plaintiff,         :

   - against -                     :

DICK CHENEY et al.,                 :

        Defendants.        :

- - - - - - - - - - - - - - - - - -x

**ORDER**

08 Civ. 10881 (DC)

**CHIN, District Judge**

    The Court has received a letter from counsel for defendants dated March 23, 2009 requesting a pre-motion conference. It is HEREBY ORDERED as follows:

    (1) A pre-motion conference shall be held April 8, 2009 at 12 p.m. The parties shall appear before the Court in Courtroom 11A, United States Court House, 500 Pearl Street, New York, New York 10007;

    (2) Defendants' time to respond to the complaint is stayed; and

    (3) All discovery is stayed pending further order from the Court.

    SO ORDERED.

Dated:   New York, New York
        April 1, 2009

                                        DENNY CHIN
                                        United States District Judge