LEV L. DASSIN
Acting United States Attorney for the
Southern District of New York
By:     HEATHER K. McSHAIN
        Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: 212.637.2696
Fax: 212.637.2702
E-Mail:  heather.mcshain@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
APRIL GALLOP, for Herself and as Mother
and Next Friend of ELISHA GALLOP, a
minor,

                       Plaintiffs,

      v.

DICK CHENEY et al.,

                       Defendants.
------------------------------------------------------------ x

08 Civ. 10881 (DC)

NOTICE OF MOTION

        PLEASE TAKE NOTICE that upon the attached Memorandum of Law in Support of Defendants' Motion to Dismiss, dated May 7, 2009, Declaration of Heather K. McShain, dated May 6, 2009, and attachments thereto, and all other pleadings and proceedings in this action, defendants Richard Cheney, Donald Rumsfeld, and Richard Myers (the "defendants") will move this Court before the Honorable Denny Chin for an order granting defendants' motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and for such other and further relief as the Court deems just and proper.

        PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Order of April 8, 2009, opposition papers, if any, are due on or before June 8, 2009, and reply papers, if any, are due on or before June 19, 2009.

Dated:  New York, New York
        May 6, 2009

                                      LEV L. DASSIN
                                      Acting United States Attorney for the
                                      Southern District of New York
                                      Attorney for Defendants

                       By:    /s/ Heather K. McShain
                                Assistant United States Attorney
                                86 Chambers Street
                                New York, New York  10007
                                Telephone: 212.637.2696
                                Fax: 212.637.2702
                                E-mail: heather.mcshain@usdoj.gov

TO:    Mustapha Ndanusa, Esq.
        Tad & Associates
        1215 Bedford Avenue
        Brooklyn, New York 11216
        mndanusa@gmail.com

        William Veale, Esq.
        2033 North Main Street, #1060
        Walnut Creek, CA 94596
        centerfor911justice@gmail.com

        Dennis Cunningham, Esq.
        36 Plaza Street
        Brooklyn, New York 10238
        denniscunningham@gmail.com