LEV L. DASSIN
Acting United States Attorney for the
Southern District of New York
By:   HEATHER K. McSHAIN
      Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: 212.637.2696
Fax: 212.637.2702
E-Mail: heather.mcshain@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
APRIL GALLOP, for Herself and as Mother
and Next Friend of ELISHA GALLOP, a
minor,

                    Plaintiffs,

         v.

DICK CHENEY et al.,

                    Defendants.
------------------------------------------------------------------- x

08 Civ. 10881 (DC)

DECLARATION OF
HEATHER K. McSHAIN

       I, Heather K. McShain, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

       1.    I am the Assistant United States Attorney assigned to handle the above case and am fully familiar with all the facts stated herein. I make this declaration in support of the Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint.

       2.    Attached hereto as Exhibit A is a true copy of the complaint filed by plaintiffs April Gallop and Elisha Gallop in this action on or about December 15, 2008.

       3.    Attached hereto as Exhibit B is a true copy of excerpts of the Amended Complaint dated March 23, 2005, filed by April Gallop in *Gallop v. Riggs National Bank*, 04 Civ. 7281 (GBD).

4. Attached hereto as Exhibit C is a true copy of the Court's Order dated December 23, 2008, in *Gallop v. Riggs National Bank*, 04 Civ. 7281 (GBD).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         May 6, 2009

*/s/ Heather K. McShain*
HEATHER K. McSHAIN
Assistant United States Attorney
86 Chambers Street
New York, New York  10007
Telephone: 212.637.2696
Fax: 212.637.2702
E-mail: heather.mcshain@usdoj.gov