WILLIAM W. VEALE, ESQ.
2033 North Main Street, #1060
Walnut Creek, CA 94596
Phone: (925)-935-3987
WILLIAM W. VEALE, ESQ (WV0333)
Email: centerfor911justice@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APRIL GALLOP, for herself and as Mother And Next Friend of ELISHA GALLOP, a Minor, | **No. 08 CV 10881** |
| Plaintiffs, | AFFIDAVIT OF WILLIAM W, VEALE |
| vs. | |
| DICK CHENEY, Vice President of the U.S.A., DONALD RUMSFELD, former U.S. Secretary of Defense, General RICHARD MYERS, U.S.A.F. (Ret.), and John Does Nos. 1-X, all in their individual capacities, | |
| Defendants. | |

AFFIDAVIT OF WILLIAM W. VEALE
Re: INVESTIGATION and STUDY OF 9/11, and EVIDENTIARY SUPPORT FOR 'CONSPIRACY THEORIES'

I, William W. Veale, under penalty of perjury, and in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss—and in particular the claim that the Complaint is frivolous—make this Affirmation to demonstrate to the Court the serious and considered support that exists in the scientific, scholarly, and aeronautically experienced communities in the U.S. and elsewhere for the theory and belief that the attacks of 9/11/01 were, at least in crucial part, a 'false flag' operation, or "inside job", based in an unlawful conspiracy, led by the named defendant high U.S. officials and joined by a number of others still unknown; and the extensive

evidence which underlies the theory, as follows:

  1. I have practiced law for thirty-five years, thirty-two as a public defender in Contra Costa County, California, retiring as Chief Assistant Public Defender in 2006 after thirteen years as the supervisor of the Alternate Defender Office.

  2. I have tried roughly 120 cases to a jury, some 20 of which were homicide cases. I have handled and consulted on many capital cases and tried six to conclusion.

  3. I am well aware of the strong, dismissive skepticism, and, frequently, anger, with which many people respond to the idea that '9/11 was an inside job'. I have experienced it myself, both in my own initial response, and later, in the responses of others, after I was persuaded to begin an examination of the objective evidence, and at length became convinced of the soundness and validity of the 'conspiracy theory'. Attached hereto as <u>Exhibit A</u> is a curriculum and bibliography tracing the themes and materials I have now spent some years looking as deeply into as I could.

  4. Contradictions arising from official and other statements and explanations about various aspects of 9/11, and research, investigation and writing such as that of Professor David Ray Griffin, have led a large number of experienced and learned Americans to question the official version of 9/11 events, and to call for a new investigation. Those citizens who have spoken out or subscribed to various statements in the matter include more than 190 senior military, intelligence service, law enforcement and government officials, including 41 counter-terrorism and intelligence agency veterans; more than 670 registered architects and engineers; more than 200 pilots and aviation professionals; more than 400 college and university professors, and at least 200 established artists, entertainers and media professionals. In addition, more than 230 9/11 survivors and family members, and at least eight senior former Republican administration

appointees have questioned the government's explanations and conclusions. The attached Exhibit B contains a partial list of such persons. See also, www.Patriotsquestion911.com

5. According to a CBS News/New York Times poll released on October 16, 2006, consistent with a Canadian and a CNN poll, the vast majority of Americans do not believe the story of the attacks as recounted by the Bush Administration. *"Do you think members of the Bush Administration are telling the truth, are mostly telling the truth but hiding something, or are they mostly lying? ANSWERS: Telling the truth 16%; Hiding something 53%; Mostly lying 28%; Not sure 3%"*

6. I have made extensive study of *The 9/11 Commission Report*, W.W. Norton and Company, 2004; *The 9/11 Investigations*, edited by Steven Strasser, Public Affairs, 2004, which contains some of the testimony taken by the 9/11Commission as well as staff reports and *Against All Enemies*, by Richard Clarke, Free Press, 2004.

7. I have interviewed in person, Richard Humenn, the chief electrical engineer for the construction of the World Trade Center Towers, who professed profound skepticism that the buildings would have fallen as they did, and William Rodriquez, custodian at the World Trade Center, the last man to leave the North Tower before it was destroyed who related his personal experience, while on the first subbasement, of feeling and hearing an explosion below him, and then a few seconds later of another far above him, which was the impact of American Flight 11.

8. I have communicated with many journalists concerning the attacks of 9/11 in an effort to raise questions. I interviewed in person Walter Pincus, senior staff writer on intelligence for the *Washington Post*. I have had extended phone and e-mail communications with Jim Dwyer, writer for the *New York Times* and author of two books on the World Trade Center. I have had an extended phone conversation with Professor Charles Shank of the University of California at

Berkeley and Director of the Lawrence Livermore National Laboratory. I have interviewed in person a staff writer for the *San Francisco Chronicle* and have communicated by email with a senior investigative journalist from that paper. I have had phone and email communications with Dr. Manuel Garcia of the Lawrence Livermore National Laboratory and his editor at *Counterpunch Magazine*, Alexander Cockburn. I have had e-mail exchanges with Professor Noam Chomsky of the Massachusetts Institute of Technology. I have spoken at some length in person with Hamilton Fish of the *Nation.* I have spoken to Robert Fisk, of the *Guardian*, and Neil Lewis of the *New York Times*, and conversed in person and by email with Mark Hertsgaard, and by e-mail with Peter Lance, Thom Hartmann, and Robert Parry; with all about the pros and cons of 9/11 conspiracy theor(ies). All expressed disbelief at the beginning of the conversation, and only a few professed an open mind at the end. Since then, as far as I have been able to ascertain, Thom Hartmann and Robert Fisk have publicly called for further study.

9. In addition, showing the resistance to the subject matter which flows on, I submitted questions to the editor of *The Nation*, Katrina vanden Heuvel, without response, and submitted questions to James Risen, Philip Shenon, and Craig Whitney of the *New York Times*, without response. I submitted questions to Christopher Hitchens, of *Vanity Fair,* Bill Moyers, fo PBS's Bill Moyers' Journal, Perry Anderson, Professor of History and Sociology at UCLA and an editor of the *New Left Review*, Rachel Maddow, of MSNBC and Keith Olbermann, of MSNBC without response.

10. I have encountered uniform skeptical resistance from members of the mainstream media. Most significant was the exchange I had with Jim Dwyer of the *New York Times*, who sued the City of New York on behalf of the paper to force release of the 503 oral histories given by 9/11 firefighters and EMT's.

11. Dwyer said in an email there was "no testimonial evidence" to support the "explosives" theory with regard to the Towers' collapse. Contained in the oral histories are 182 instances where 118 people used the words, "bomb", blast", "explosive", or "explosion" in telling of their experiences that morning. See Exhibit F, *post* for a sampling of the oral histories.

12. Dr. David Ray Griffin, an author and former professor of theology at Claremont College, in Los Angeles, California, who had published some 20 books on various subjects had a 'conversion experience' concerning the attacks of 9/11 very similar to my own, and began a systematic inquiry— far broader and more thoroughgoing than my own—of all the information and testimony he could find. He has done magisterial work, winning literary prizes and developing as a perfect master of the false flag conspiracy theory, and the meaning of all the evidence on which it thrives.

13. Professor Griffin has written six books and edited a seventh about 9/11. In the series, he has gathered, described, analyzed, and tested the evidence. He has concluded that the 9/11 Commission and its Report are part of a profound cover-up, and that the case for governmental complicity, as he most recently noted, is "overwhelming". These books, beginning with "The New Pearl Harbor", in 2004, portray a vast, exhaustively detailed, and still-growing body of information, from innumerable sources, which he has concisely summarized in an Affidavit, included herewith in plaintiffs' Appendix. (See Appendix, No.1)

14. The matters alleged in Pars 5 and 22-24 of the Complaint now challenged by the Government are based on an analysis discussed in all of Prof. Griffin's books. Particularly with regard to American Airlines Flight 77, alleged to have hit the Pentagon and caused the injuries to Plaintiffs, his work in *9/11 Contradictions* is essential, and emblematic of his ability to lay bare the meaning of interrelated facts, reports, records, testimonies, science and the ideas of others,

which relate to an understanding of the 9/11 events. Thus, as to Flight 77 he concludes,

> " [T]he 9/11 Commission's claim about American Flight 77, according to which the military did not know of its hijacking until after the Pentagon was struck, was contradicted by a number of reports: a *New York Times* story of September 15, 2001; NORAD's timeline of September 18, 2001; the FAA's memo of May 22, 2003, which was discussed the next day by 9/11 Commissioner Richard Ben Veniste and at least partially by General Craig McKinley of NORAD; the *Arlington County After-Action Report*; Secret Service statements; and reports of the presence of military liaisons at FAA." (p. 108).

15. See also the attached Affidavits of former FAA flight controller Robin Hordon, attached as Exhibit C.

16. Discrepancies in a story are often the first spur to investigation. Serious contradictions are found within and between separate governmental agencies' accounts of the Pentagon attack, as Prof. Griffin shows. For example, as stated in Paragraph 4 of the Complaint, there is a discrepancy between the flight path of what the government alleges to be American Flight 77 as described by the 9/11 Commission and as described by the National Transportation Safety Board. As described in the Complaint, p.17, Par.40d., and further set out in Exhibit D, attached, an Affidavit by Robert Balsamo, co-founder of the organization Pilots for 9/11 Truth, a request was made to the National Transportation Safety Board to release data from Flight 77's Flight Data Recorder (black box), under the FOIA. The NSTB complied. Balsamo and other members of Pilots For 9/11 Truth analyzed the data provided by the NTSB, and reached the following conclusions:

> (a) The NTSB "Flight Path Animation" shows an approach path and altitude which do not support the official explanation: where the 9/11 Commission's animation describes a path south of the Navy Annex and the Citgo gas station, the data analyzed by Pilots for 9/11 Truth demonstrates a path north of those two buildings.
> (b) All altitude data show the aircraft at least 300 feet too high to have struck the street light poles by the road near the building.
> (c) The rate of descent data is in direct conflict with the aircraft being able to impact the light poles and be captured in the Dept of Defense "5 Frames" video of an object

       traveling nearly parallel with the Pentagon lawn.
       (d) The record of data stops at least one second prior to official impact time.
       (e) If data trends are continued, the aircraft altitude still would have been at least 100 feet too high to have hit the Pentagon.

17. As set out in Paragraph 40d2 of the Complaint, the damage to the Pentagon is consistent with the flight path as described by the 9/11 Commission Report and also five downed light poles leading to the Pentagon.

18. Two investigators referring to themselves as the Citizen's Investigation Team interviewed a number of witnesses to the supposed flight of American Flight 77. They took statements from four such individuals, two of whom were Pentagon police officers, Sgts Lagassie and Brooks, both of whom exhibited a pronounced interest in refuting any conspiracy theories that suggested that Flight 77 did not hit the Pentagon. Each of the four witnesses asserted that the flight path of the aircraft they believed to be Flight 77 was north of the Navy Annex and the Citgo station. Subsequent interviews by the Citizen's Investigation Team of other percipient witnesses have corroborated, in large measure, the flight path described by the first four witnesses.

19. As alleged in the Complaint in Paragraph 5, the presence of an E-4B "Doomsday", or "Flying Pentagon" plane over the White House on the morning of 9/11, around the time of the attack at the Pentagon, strongly contradicts the claim that the Department of Defense was unaware of the approaching danger embodied in the airplane claimed to be American Flight 77.

20. The officially-released radar data compiled by the USAF 84th Radar Evaluation Squadron does not reflect the E-4B flight, shown clearly on CNN videotape and broadcast repeatedly, http://www.youtube.com/watch?v=UgF9Fd4UyMY, demonstrating the ability of governmental officials to fashion physical evidence as necessary. (See *The 9/11 Mystery Plane and the Vanishing of America,* by Mark Gaffney (Trine Day LLC, 2008)

21. Providing cover for, and evidently helping enable the execution of the attacks, was the operation of multiple "war games" and training exercises by various agencies of the US government on the morning of 9/11. Among as many as five or more others were "Vigilant Guardian", "Vigilant Warrior", "Northern Vigilance", a program at the National Reconnaisance Office in Chantilly, Virginia, and one by FEMA in New York City. See, Associated Press, August 21, 2002, Aviation Week, Newhouse News Service, January 25, 2002, Clarke, *Against All Enemies,*(Free Press, 2004) p.5; *Toronto Star,* December 9, 2001, Ruppert, *Crossing the Rubicon*, (New Society Publishers, 2004) p.333 et seq.

22. As the Complaint states in Paragraph 4, photographs taken shortly after the attack at the Pentagon show very little in common with traditional portrayals of the aftermath of a plane crash. There is almost nothing in the way of identifiable pieces of airplane or its contents. Certainly there are no substantial sections of wing, tail, or fuselage that everyone is used to seeing in the news or on television.



23.        (http://911research.com/pentagon/evidence/photos/index.html#precollapse); http://www.youtube.com/watch?v=hKhBzAh_eeA

24. As referred to in Paragraph 6 of the Complaint, Plaintiffs were located inside the

Pentagon in the approximate path of the left engine of Flight 77, if the government's story is to be credited.

25. According to the findings of a team of engineers that conducted a study concerning the effects of the attack on the building, American Flight 77 hit the first floor of the west wing of the Pentagon at an approximate 45 degree angle while flying parallel to the ground. The plane penetrated to the inner wall of the C-Ring and created a virtual round hole there with a diameter of about seven feet.



26. See, American Society of Civil Engineers, Pentagon Performance Study, at (http://www.fire.nist.gov/bfrlpubs/build03/PDF/b03017.pdf    There is no object to which the government can point that could have caused this damage.  A rebuttal of the ASCE study is found at http://www.saunalahti.fi/wtc2001/asce_en.html

27. As alleged in Paragraph 34, p.14, of the Complaint, the scene as viewed by Plaintiff, and as depicted in photographs, was incompatible with an airplane crash.  The proffered explanations, that the plane was reduced to confetti upon impact with the building, or was vaporized by the heat, are in conflict with the amount of damage caused and the distance apparently traveled within the building.

28. Any object capable of traveling such a distance inside the Pentagon should have left

some mark on the outer B-Ring wall, some forty feet away, but none exists.

29. The aforementioned study by the American Society of Civil Engineers details a pattern of destruction to the inside of the building, along the supposed interior course of the purported crashed aircraft, that is total; both in front of and behind where Plaintiffs were located at the time of the attack. (See ASCE Pentagon Performance Report, cited above).

30. A number of witnesses have given statements that refer to two explosions at the Pentagon, between a few and fifteen minutes apart, and a film of the Pentagon played behind correspondent David Martin as he spoke during a CBS News broadcast that morning shows an explosion in the building, even as smoke is rising from an earlier event. See http://video.google.nl/videoplay?docid=5751351276150910098

31. There are photographs of clocks that come from different places in the west wing of the building that are stopped at 9:31 am, and 9:36 am.  Plaintiff's watch stopped at 9:30, and other witnesses gave statements that the first explosion took place at 9:32 am contradicting the version of events which is set out in the 9/11 Commission Report.  The Report, according to one investigator, used an average of times from varying sources, but never allowed for the possibility of more than one explosion.



http://i29.photobucket.com/albums/c266/Terral03/Pentagonclocks.jpg



http://i29.photobucket.com/albums/c266/Terral03/A-3JetAttackTime.jpg;

32. There is video footage of first responders caring for the injured at the Pentagon, presumably after the first event, during which it is possible to hear a subsequent explosion and see military personnel turning in reaction to the sound.

33. Witnesses at the Pentagon, including Don Perkal and Gilah Goldsmith, referred to the familiar smell of cordite, which accompanies the use of explosives, when they were in the vicinity of the attack in its immediate aftermath. Such a smell does not accompany jet fuel fires. *9/11 Ultimate Truth*, by Laura Knight Jadczyk and Joe Quinn, (Red Pill Press, 2006).

34. Veteran military personnel, including USAF Lt. Col. Marc Abshire, retired commanding officer of a Navy fighter squadron, Donald R. Bouchoux, and Stars and Stripes reporter Lisa Burgess, felt shock waves inconsistent with jet fuel explosions. Retired Marine Lt. Col. John Bowman, a contractor with an office in Corridor Two, said, "[M]ost people knew it was a bomb. Everyone evacuated smartly. We have a good sprinkling of military people who have been shot at." *9/11 Ultimate Truth*, by Laura Knight Jadczyk and Joe Quinn, (Red Pill Press, 2006).

35. Defendant Rumsfeld was the source of misleading information on the day of the attack when he told aides that "the nose (of Flight 77) is right there almost to the B-Ring", a demonstrably false statement. *Good Morning America* 9/13/01.

36. Defendant Rumsfeld predicted a terrorist attack sometime in the next months that

very morning and then, according to Representative Christopher Cox, after the New York attacks, said that there likely would be more, potentially at the Pentagon.  Associated Press, September 16, 2001.

37. Defendant Rumsfeld, speaking at a press conference some days after the event, referred to "the missile that hit the building" days before. *Parade Magazine*, October 12, 2001.

38. As alleged in the Complaint in Paragraph 42, Defendant Rumsfeld reported in a press conference on September 10, 2001, that DOD accountants were unable to locate some $2.3 trillion in pentagon funds.  http://www.youtube.com/watch?v=xU4GdHLUHwU   Though there were stories in the *New York Times*, the *Washington Post* and the *Los Angeles Times* on September 11th, which covered Rumsfeld's announcement, only the *Los Angeles Times* gave the story any prominence, but even that article did not mention the $2.3 trillion figure stated by Rumsfeld.  Neither of the other two newspapers mentioned the number in their articles both of which were very short.  Since September 11, 2001, according to a computer search of the three newspapers, only the *Washington Post*, in a single article about Rumsfeld's deposition in another Pentagon investigation, in 2006, has made any reference to the $2.3 trillion figure, and that in the last paragraph without explanatory context.

39. Additional information and analysis concerning the collapse of the World Trade Center towers (all three of them), and Flight 93, is contained in the attached Exhibit E; and a sampling of testimonies by persons at the scene concerning explosions in the towers before and as they fell are attached in Exhibit F.

40. I spoke with former Secretary of Transportation Norman Mineta in person on May 22, 2009, in an effort to learn about his memory of the events of 9/11, and his testimony before the 9/11 Commission.  He said he preferred to let the legal process run its course rather than be

interviewed further then and there, but he did ask questions about this lawsuit, and we had a short colloquy about the purpose of my visit. Before the end, I asked if there was anything in what he was reported to have said about the events that he now thought he had gotten wrong, or was mistaken about; and he said "no."

Dated: Walnut Creek, California
        June 28, 2009

                                      Signed : ___/S/_____
                                      William W. Veale (WV0333)
                                      2033 North Main Street, #1060
                                      Walnut Creek, CA 94596
                                      Phone: (925)-935-3987
                                      Email: centerfor911justice@gmail.com