UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARTHUR GALLOP, for Herself and as Mother and
Next Friend of ELISHA GALLOP, a Minor,

                             Plaintiff,                             08 **CIVIL** 10881(DC)

       -against-                                               **JUDGMENT**

DICK CHENEY, Vice President of the U.S.A.,
DONALD RUMSFELD, former U.S. Secretary of
Defense, General RICHARD NYERS, U.S.A.F.
(Ret.), and JOHN DOES Nos. I-X, all in their
individual capacities,
                             Defendants.
-----------------------------------------------------------X

       Defendants having moved to dismiss the complaint, and the matter having come before the Honorable Denny Chin, United States District Judge, and the Court, on March 15, 2010, having rendered its Memorandum Decision granting defendants' motion to dismiss and dismissing the complaint with prejudice, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision dated March 15, 2010, defendants' motion to dismiss is granted, and the complaint is dismissed with prejudice.

**Dated:** New York, New York
           March 16, 2010

                                                      **J. MICHAEL McMAHON**
                                                           **Clerk of Court**
                                    BY:
                                                           **Deputy Clerk**

                                   THIS DOCUMENT WAS ENTERED
                                   ON THE DOCKET ON _____