**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1 APR 2010
```

----------------------------------X
April Gallop, for Herself and as mother
and Next friend of Elisha Gallop, a Minor

-v-

Dick Cheney, Vice President of the
U.S.A., et al.
----------------------------------X

**NOTICE OF APPEAL**

08 civ. 10881 (DC)

Notice is hereby given that _April Gallop and Elisha Gallop_
(party)
hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it] of Judge Denny Chin dated and entered on March 18, 2010 granting Defendants' motion to dismiss, thereby dismissing Plaintiff's complaint with prejudice

entered in this action on the __18__ day of __March__, __2010__.
                                  (day)         (month)      (year)

_____
(Signature) Mustapha Ndanusa

_26 Court St, Ste 603_
(Address)

_Brooklyn, NY 11242_
(City, State and Zip Code)

Date: _April 1, 2010_

(718) _825_ - _7719_
(Telephone Number)

**Note:** You may use this form to take an appeal provided that it is <u>received</u> by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

APPEAL_FORMS
U.S.D.C. S.D.N.Y. Docket Support Unit

2

Revised: May 18, 2007